Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

9th District of Oregon

Portland Division

Case No. ___2:25-cv-02150-AR___
*(to be filled in by the Clerk's Office)*

**RoBeRT ERick HEInz**
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*Please write "see attached" in the space and attach an additional*
*Page with the full list of names.)*
-v-

**SEE ATTACHEd**
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include address here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page 1 of 10

\# 114489

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | ROBERT ERICK HEINZ |
| All other names by which you have been known: | |
| ID Number | 8582339 |
| Current Institution | **Two Rivers Correctional Institution** |
| Address | **82911 Beach Access Road** <br> **Umatilla, Oregon 97882** <br> *City          State          Zip Code* |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | RYAN LAGORE |
| Job or Title *(if known)* | SUPERINTENDANT |
| Shield Number | |
| Employer | TRCI |
| Address | 82911 BEACH ACCESS Rd <br> UMATILLA       ORE       97882 <br> *City          State          Zip Code* |

☑ Individual Capacity  ☑ Official Capacity

Defendant No. 2

| | |
|---|---|
| Name | MICHAEL SEALE |
| Job or Title *(if known)* | MEDICAL DIRECTOR |
| Shield Number | |
| Employer | ODOC |
| Address | |

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

|  | City | State | Zip Code |
|---|---|---|---|
| ☐ Individual Capacity ☐ Official Capacity | | | |

Defendant No. 3

Name **C. DIETER**

Job or Title *(if known)* **HEALTH SERVICES MANAGER**

Shield Number

Employer **ODOC   TRCF**

Address **82911 BEACH ACCESS Rd**
**UMATILLA   ORE   97882**

City        State        Zip Code

☒ Individual Capacity  ☒ Official Capacity

Defendant No. 4

Name **J. BUGHER**

Job or Title *(if known)* **ASSISTANT HEALTH SERVICES**
**DIRECTOR**

Shield Number

Employer **ODOC.**

Address

City        State        Zip Code

☒ Individual Capacity  ☒ Official Capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
**1ST 4TH 8TH 11TH 14TH AMENDMENTS TO UNITED STATES CONSTITUTION - DELIBERATE INDIFFERENCE, MALPRACTICE MISDIAGNOSES, DERELICTION OF DUTY. DISCRIMINATION**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If You are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE ATTACHED →

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☒    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

B.    If the events rising to your claim arose in an institution, describe where and when they arose.

SEE ATTACHED →

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

5-11-23 900 AM THROUGH 10-27-25

D.    What are the facts underlying your claim(s)? (*For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?*)
DR'S UFIT, MANEY, BRISTOLE, WHITE MADE FALSE DIAGNOSES TREATMENTS, REQUESTED UROLOGY CONSULT WHICH WAS DENIED BY TLO COMMITTEE

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. IVE HAD SEVERE PAIN, SORES, DISCOLORATION IN MY PENIS WHICH HAS AFFECTED EVERY ASPECT OF MY DAILY LIFE FOR 2 1/2 YEARS - THIS COULD BE CANCER

## VI.    Relief    EXPERT MEDICAL TREATMENT INCLUDING BIOPSY OF AREA AND SCOPE- MEDICATION ECT, ECT

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. TO BE SEEN BY AN EXPERT, PROPERLY DIAGNOSED AND TREATED - PAYMENTS FOR PAIN, SUFFERING - MENTAL ANGUISH - DISCRIMINATION LOSS OF PRODUCTION IN THE AMOUNT OF 100,000,000

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

TRCI

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

_____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

TRCI

2.    What did you claim in your grievance?

DELIBERATE INdiffERCE - MALpRACTICE - MISdiAgNOSES
DERELICTION OF DnTy - DISCRIMINATION

3.    What was the result, if any?

DENIED

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*)

YES - I AppEAIEd oN 1ST ANd 2Nd LEVEL WHICH WAS DENIED

F.    If you did not file a grievance:

1.    If there are any reasons you did not file a grievance, state them here:

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.: 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format*)

1.    Parties to the previous lawsuit

Plaintiff(s)          _____

Defendant(s)      _____

2.    Court (*if federal court, name the district; if state court, name the county and State*)

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.     _____

7.    What was the result of the case? (*For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*)

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

 No

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

1.  Parties to the previous lawsuit

    Plaintiff(s)    _____

    Defendant(s)    _____

2.  Court (*if federal court, name the district; if state court, name the county and State*)

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition.    _____

7.  What was the result of the case? (*For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*)

    _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        10-27-25

Signature of Plaintiff        _Robert E. Heinz_
Printed Name of Plaintiff    ROBERT ERICK HEINZ
Prison Identification #       8582339
Prison Address               **82911 Beach Access Road**
                             **Umatilla, Oregon 97882**
                             *City        State        Zip Code*

### B.    For Attorneys

Date of signing:        _____

Signature of Attorney        _____
Printed Name of Attorney     _____
Bar Number                   _____
Name of Law Firm             _____
Address                      _____
                             _____
                             *City                    State        Zip Code*

Telephone Number             _____
E-mail Address               _____

8. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? ☒ Yes   ☐ No

If "Yes," describe and provide the amount of the monthly expense:

32 46 MONTH School payments
10 00 MONTH TOASTMASTERS DUES
30 00 MONTH SPONSORSHIPS OF ORPHANS

9. List the person (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support:

| MERCY AKELLO | SIXTY A YEAR |
| LINDA APIO | SIXTY A YEAR |
| LINDA NYANA | SIXTY A YEAR |
| ELIZABETH AKULLU | SIXTY A YEAR |
| Lucky Amodo | SIXTY A YEAR |
| TONNY ATYAM | SIXTY A YEAR |

10. Do you have any debts or financial obligations? ☒ Yes   ☐ No

If "Yes," describe the amounts owed and to whom they are payable:

7000 00 MARK BECKY COPELAND

5000 00 LAURIE BENDER

1000 00 SANDRA GILLMAN

110 00 STRATFORD CAREER INSTITUTE

**If I am incarcerated and filing a prisoner civil rights complaint, I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court, payments toward the full filing fee of $350.00 for a prisoner civil rights complaint, in accordance with 28 U.S.C. § 1915(b).**

I declare under penalty of perjury that the above information is true and correct.

10 27 25
DATE

_Robert E. Heinz_
SIGNATURE OF APPLICANT
ROBERT ERICK HEINZ
PRINTED NAME OF APPLICANT

## CERTIFICATE OF SERVICE

**CASE NAME:** _HEINZ_ v. _LAGORE ET-AL_

**CASE NUMBER:** (if known) _NOT ASSIGNED YET_

COMES NOW, _ROBERT ERICK HEINZ_, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at <u>Two Rivers Correctional Institution (TRCI)</u>.

That on the _19TH_ day of _NOVEMBER_, 20_25_, I personally gave Two Rivers Correctional Institution's e-filing service A TRUE COPY of the following:

_1983 CIVIL SUITE COMPLAINT    10 PAGES_
_1 PAGE OF DEFENDENTS_
_3 PAGES OF STATEMENT OF CLAIM OF COUNCEL_
_2 PAGES MOTION FOR APPOINTMENT_
_4 PAGES OF APPLICATION TO PROCEED IN FORMA PAUPERIS_
_TRUST ACCOUNT STATEMENTS LAST 6 MONTHS_

_____
(Signature)

Print Name _ROBERT ERICK HEINZ_
S.I.D. No.: _8582339_

Page 1 of 1 –Certificate of Service