UNITED STATES DISTRICT COURT
DEFENDANTS        DISTRICT OF OREGON

2:25-cv-02150-AR   HM

| # | Name | Title |
|---|------|-------|
| 1 | RYAN LAGORE | SUPERINTENDENT |
| 2 | ERIN REYES | SUPERINTENDENT |
| 3 | C. DIETER | HEALTH SERVICE MANAGER |
| 4 | WARREN ROBERTS | MEDICAL DIRECTOR |
| 5 | MICHAEL SEALE | MEDICAL DIRECTOR |
| 6 | DR VITT | |
| 7 | DR MANEY | |
| 8 | DR BRISTOLE | |
| 9 | DR WHITE | |
| 10 | D. WETTLAUFER | M.S.M. ASSISTANT HEALTH SERVICES DIRECTOR |
| 11 | J. BUGHER | |
| 12 | BETHANY SMITH | |
| 13 | JANE DOE | NURSE #1 |
| 14 | JANE DOE | NURSE #2 |
| 15 | JANE DOE | NURSE #3 |
| 16 | JANE DOE | NURSE #4 |
| 17 | JANE DOE | NURSE #5 |
| 18 | JANE DOE | NURSE #6 |
| 19 | JANE DOE | NURSE #7 |
| 20 | JANE DOE | NURSE #8 |

EACH AND EVERY DEFENDANT NAMED DENIDE APPROPRIATE MEDICAL CARE. WAS DELIBERATELY INDIFFERENT, MISDIAGNOSED, COMMITTED MALPRACTICE AND DERELICTION OF THEIR DUTIES, DISCRIMINATED

PAGE 4 SECTION B. CONTINUED
SUING EACH INDIVIDUAL IN CAPACITY