UNITED STATES DISTRICT COURT DISTRICT OF OREGON
STATEMENT OF CLAIM

2:25-cv-02150-AR  HM

ON 5-11-23 TRCI MEDICAL EXAMINED ME FOR PENILE LESIONS, SORES, DISCOLORATION AND SEVERE PAIN. ON 6-7-23 I WAS SEEN BY DR VITT WHO ORDERED TEST FOR STD's AND ACYCLOVIR, HE SAID IF THIS DOESN'T WORK I WANT YOU TO SEE A UROLOGIST WHEN MEDS DIDN'T WORK DR VITT REFERED ME TO SEE THE UROLOGIST, THIS WAS DENIED BY TLC COMMITTEE. AFTER NUMEROUS VISITS TO MEDICAL, DIAGNOSES BY DR's MANEY, BRISTOLE AND WHITE OF ECZEMA, FUNGUS, AND CHRONIC GLANS RASH OF PENIS. ADDITIONAL REFERALS TO A UROLOGIST BY DR BRISTOLE ON 11-7-23 AND ON 1-22-24 BY DR WHITE, TLC DENIDE MY VISIT. I'VE SEEN MEDICAL NO LESS THAN 25 TIMES FOR THIS ISSUE. MY FAMILY HAS CALLED HEALTH SERVICES MANAGER MANY TIMES. NURSES TOOK PHOTO'S OF MY PENIS WITH CELL PHONES ON TWO SEPERATE OCCASIONS TO PRESENT TO TLC COMMITTEE, ONCE WITHOUT HAVING ME SIGN A WAIVER. I'VE BEEN REPEATEDLY EMBARRASSED, DENIDE APPROPRIATE MEDICAL TREATMENT, MISDIAGNOSED AND TREATED WITH MEDS THAT DIDN'T WORK OR WERE WRONGLY PRESCRIBED. I WROTE 48 KYTES REQUESTING HELP, A GRIEVANCE, 1ST AND SECOND LEVEL APPEALS ALL OF WHICH WERE DENIED. A TORT CLAIM THAT TOOK OVER A YEAR TO BE ANSWERED. I MYSELF TOOK →

PAGE 1 OF 3" SUITE ON EACH INDIVIDUAL CAPACITY ‖

STATEMENT OF CLAIM CONTINUED

A COURSE ON SEXUAL WELLNESS WHERE I LEARNED THERE IS A BLOOD TEST FOR HERPES AND THERE ARE 40 DIFFERENT STRAINS OF HPV VIRUS AND 6 OF THOSE CAN CAUSE CANCER IN MALES. I ASKED FOR THESE TEST AND I TESTED POSITIVE FOR HERPES SIMPLEY # 1 AND 2 DR MANEY PRESCRIBED VALTREX ANTIVIRALS FOR 90 DAYS IN July - TLC COMMITTEE DENIED MY MEDICATION - I FILED ANOTHER GRIEVANCE TO SEE A UROLOGIST AND IT WAS APPROVED - ON MONDAY OCT 13TH I SAW A UROLOGIST DR VANCE AND HE ORDERED MEDICATION ACYCLOVIR TO PREP ME FOR A SCOPE OF MY PENIS WHICH HAS NOT BEEN GIVEN TO ME AS OF TODAY 10-26-25. I'm AFFRAID FOR MY LIFE AS THIS IS AN ONGOING AND SERIOUS MEDICAL CONDITION OF WHICH TRCI MEDICAL STAFF ARE INDIFFERENT TO TREATING. DR MANEY ORDERED BLOOD TEST FOR HPV IN July AND AGAIN IN Angust WHICH STILL HAVENT BEEN DONE, IVE REQUESTED MY MEDICAL→

PAGE 2 OF 3

STATEMENT OF Claim CONTINUED

RECORDS SO I Could WRITE THE DATES IN My ClAIMS, THE RECORDS THEY'VE GIVEN ME ARE INCOMPLETE, AND I BELIEVE TO BE ALTERED, OR DOCTORED. MY FAMILY HAS CALLED AT LEAST TEN TIMES TO TALK TO C. DIETER, I ONLY FOUND 2 SMALL QUOTES ABOUT my AUNT CALLING - NO NOTES ABOUT THE NURSES TAKING PHOTO'S OF MY PENIS WITH CELL PHONES. THIS HAS BEEN EXTREALY EMBARRASING TO ME, I'VE BEEN REPEATEDLy TESTED FOR STD'S IN SO MANY WORDS ACCUSED of BEING GAY, OR HAVING SEX IN PRISON. IN 2 YEARS of GOING TO MEDICAL THE ONLY REASON THEY'VE done ANY TEST AND FOUND ANY THING IS BECAUSE I did THE RESEARCH TO FIND OUT ABOUT THE TEST. TLC COMMITTEE HAS DENIED MEDICATIONS THAT THE DOCTORS HAVE ORDERED AND THIS CONDITION IS PROGRESSING dAILY, I'M AFFRAID FOR MY LIFE AND I KNOW AlMOST NOTHING ABOUT THE LAW, pLEASE YOUR HONOR APPOINT AN ATTORNEY TO HELP ME, AS MY CIVIL RIGHTS ARE BEING VIOLATED. THANK you.