Print Name: ROBERT. E. HEINZ

SID #: 8982339

82911 BEACH ACCESS Rd
UMATILLA, ORE 97882

## IN THE UNITED STATES DISTRICT COURT

### FOR THE STATE OF OREGON
### PENDLETON DIVISION

| | |
|---|---|
| ROBERT.E. HEINZ, ) <br> PLAINTIFF, ) <br> ) <br> ) <br> v. ) <br> ) <br> RYAN LEGORE ET-AL, ) <br> _____, ) <br> ) <br> DEFENDENTS ) <br> _____ ) | Civil Action No. 2:25-CV-02150-AR <br><br> MOTION FOR ORDER ALLOWING AMENDED CLAIMS |

1.

COMES NOW, the Plaintiff, ROBERT.E. HEINZ and hereby petition this court for AN ORDER ALLOWING HIM TO AMEND HIS CLAIMS TO BE MORE SPECIFIC OR ARTICULATE TO EACH defendent IN QUESTION.

2.

THIS pro se PLAINTIFF IS IN NEED OF HELp SO I'm INCLuding ANOTHER MOTION FOR APPOINTMENT OF COUNCEL IN A LIMITED CAPACITY TO HELp HIM ESTABLISH HIS CLAIMS CLEARLY. THANK you youR HONOR.

Page 1 of 2 – Motion for AMENDING OF CLAIMS                    Form 39.155

Dated this __5TH__ day of __MARCH__, 20__26__.

Respectfully Submitted,

_Robert E. Heinz_
(Signature)
Print Name: __ROBERT E HEINZ__
SID #: __8582339__

Page 2 of 2 – Motion for __AMENDING OF CLAIMS__                    Form 39.155